IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRATEGIC WEALTH GROUP, LLC and JEROME BUTKUS, Plaintiffs, | : : : : | CIVIL ACTION |
| v. | : : : | No. 10-0321 |
| MATTHEW CANNO, BRET BINDER, PHILADELPHIA SETTLEMENT BROKERS, LLC and BINDER & CANNO, LLC, Defendants. | : : : : : : | |

**ORDER**

AND NOW, this 31st day of January, 2011, upon consideration of defendants Canno and Philadelphia Settlement Broker, LLC's motion to dismiss and to strike (paper no. 9), and defendants Binder and Binder & Canno's motion to dismiss (paper no. 12), and plaintiffs' response thereto (paper no. 19), for the reasons discussed in the accompanying memorandum, it is **ORDERED** that:

1. Defendants' motions to dismiss are **GRANTED** as to Counts IV through XI and **DENIED** as to Counts I and III;

2. Counts IV through XI are **DISMISSED WITHOUT PREJUDICE**;

3. Defendants' motion to strike is **DENIED**;

4. A status conference will be held on Tuesday, **February 15, 2011** at **2:30 P.M.** in Judge Norma L. Shapiro's chambers at **10614 U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.**

*/s/ Norma L. Shapiro*
J.